UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:07cr38/MCR

COREY DEVON TUCKER

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  June 11, 2007
Motion/Pleadings:  DEFENDANT COREY DEVON TUCKER'S SECOND MOTION IN LIMINE
Filed by Defendant                    on 5/30/2007         Doc.# 15
RESPONSES:
Government                            on 5/31/2007         Doc.# 17
                                      on                   Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                           Deputy Clerk

## ORDER

   Upon consideration of the foregoing, it is ORDERED this 11th day of June, 2007, that:

   The relief requested is DENIED for the reasons stated on the record.

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.